| | |
|---|---|
| DEFENDANT: | Adarrin Smith |
| AGE/YOB: | 57/1967 |
| COMPLAINT FILED? | _____ Yes   ___X___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No |
| OFFENSES: | Count 1: 18 U.S.C. § 371 (Conspiracy to commit wire fraud) |
| LOCATION OF OFFENSE: | Pitkin County, Colorado, and elsewhere |
| PENALTY: | Count 1:  NMT 5 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years of supervised release; $100 special assessment; and restitution |
| AGENTS: | Sarah Anderson, Special Agent, FBI |
| AUTHORIZED BY: | Craig Fansler and Bryan Fields Assistant U.S. Attorneys |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; __ over five days

THE GOVERNMENT

will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.