IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   25-cr-25-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADARRIN SMITH,

       Defendant.

## GOVERNMENT'S NOTICE OF RELATED CASE

The United States notifies the Court that this case is related to *United States v. Chrisheena McGee and Sandra Bacon*, 23-cr-00472-DDD ("Related Case"). Defendant Adarrin Smith is charged with and has agreed to plead guilty to being involved in a criminal conspiracy in which he agreed with the defendants in the Related Case (McGee and Bacon) to defraud victims through an advance-fee fraud scheme, which is alleged in the Related Case. Due to the substantial overlap of the cases, the Government submits this notice for the Court's awareness and consideration for purposes of assignment of cases pursuant to D.C.COLO.LCrR 50.1. The interests of efficiency for the parties and judicial economy are served by assignment of both cases to a single judge, for the following reasons:

    1.    The Information in this case alleges that Smith conspired with Bacon and McGee, in violation of 18 U.S.C. § 371, to commit wire fraud. As part of the

underlying substantive wire fraud scheme, Smith, McGee, and Bacon falsely represented that McGee and her companies had sources of money available to obtain large capital loans for entities seeking the loans after Victims deposited a lesser amount as an advance fee to an escrow account managed by Bacon, and that McGee and Bacon would safely keep the money in escrow until the loan was funded. Smith's role included making phone calls, executing contractual agreements, and sending emails to induce Victims to pay advance fees and to delay the victims from demanding return of their advance fees.

2.      The evidence of Smith's involvement, and the facts to which he will plead guilty, also provide evidence of the fraud scheme run by McGee and Bacon in the Related Case. Indeed, the Indictment in the Related Case specifically alleges that McGee and Bacon were aided in their scheme by accomplices, which includes Smith. Smith took action as directed by McGee and received fraud proceeds from Bacon (who controlled the bank accounts that received Victims' advance fees).

3.      Smith's actions and his agreements with the defendants McGee and Bacon in the Related Case are subsumed within and will be part of the proof in the Related Case. Both cases involve voluminous evidence and numerous participants.

4.      At the sentencing for Smith in this case, the applicable judicial officer's factual findings and legal conclusions regarding sentencing factors and application of the United States Sentencing Guidelines are likely to involve consideration of and conclusions on overlapping facts and evidence.

5.      The Government expects that the setting of Smith's sentencing hearing will be aligned with trial and other deadlines in the Related Case.

6.      Due to the overlapping nature of the conduct at issue in both cases and the voluminous evidence and numerous participants involved in the fraud scheme, the assignment of both cases to a single judicial officer would result in more efficient use of the Court's resources.

7.      The Government has conferred with Smith's counsel, Laura Menninger, who agrees with the recommendation to assign Smith's case to the same judicial officer as the Related Case.

WHEREFORE, the Government submits this information for the Court's consideration.

>MATTHEW T. KIRSCH
>United States Attorney
>
>By:    *s/ Craig Fansler*
>Craig Fansler
>Bryan Fields
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0405
>E-mail: Craig.Fansler2@usdoj.gov
>        Bryan.Fields3@usdoj.gov
>Attorneys for the United States