# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 25-cr-00025-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADARRIN DARNELL SMITH

    Defendant.

## NOTICE OF DISPOSITION

COMES NOW, the Defendant ADARRIN DARNELL SMITH, by and through undersigned counsel, Laura A. Menninger, and hereby informs the Court that he has reached a disposition with the Government and requests that this matter be set for a Change of Plea hearing.

Dated: March 3, 2025

    Respectfully submitted,

s/ *Laura A. Menninger*
Laura A. Menninger, No. 34444
Haddon, Morgan and Foreman, P.C.
945 N Pennsylvania Street
Denver, CO 80203-3118
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorney for Adarrin Darnell Smith*