# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 25-cr-00025-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADARRIN DARNELL SMITH

    Defendant.

---

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

---

Adarrin Darnell Smith, the defendant in this matter, by and through undersigned counsel, Laura A. Menninger, respectfully requests a brief adjournment of his scheduled change of plea hearing for approximately 7-14 days. The government does not oppose the request. As grounds, he further asserts as follows:

1. Mr. Smith was charged by Information on January 27, 2025.

2. He filed a Notice of Disposition on March 3, 2025.

3. Mr. Smith received discovery in this matter in mid-February 2025. The volume of the discovery is substantial, totaling over 3.2 gigabytes of data, including numerous emails and images.

4. In order to ensure an accurate Stipulation of Facts in the Plea Agreement, it is incumbent on counsel for Mr. Smith to review the discovery provided and to have adequate time to confer with the government about the record.

5. The government has been cooperative in responding to requests for information and further discovery where necessary.

6. Nevertheless, undersigned counsel still needs to review several of the materials and to confer with her client before signing off on the plea agreement.

7. The parties have agreed to a sentencing date in early September 2025.

WHEREFORE, Mr. Smith, through counsel, respectfully requests a brief adjournment of the Change of Plea Hearing currently scheduled for April 17, 2025. The parties believe they will be ready to proceed in approximately seven to 14 days.

Mr. Smith has been advised of this request and also consents to the adjournment.

Dated: April 14, 2025

Respectfully submitted,

s/ *Laura A. Menninger*
Laura A. Menninger, No. 34444
Haddon, Morgan and Foreman, P.C.
945 N Pennsylvania Street
Denver, CO 80203-3118
Phone: 303.831.7364
Fax: 303.832.2628
Email: LMenninger@hmflaw.com

*Attorney for Adarrin Darnell Smith*